**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

METLIFE HOME LOANS LLC,

               Plaintiff-Appellee,

  v.

RIVER GLIDER AVENUE TRUST,

               Defendant-Appellant.

No.   21-15564

D.C. No.
2:17-cv-00215-JCM-BNW

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted January 11, 2022[**]
Pasadena, California

Before:  WALLACE, BOGGS,[***] and FRIEDLAND, Circuit Judges.

    River Glider Avenue Trust appeals from the district court's summary

judgment in favor of MetLife Home Loans LLC.  Reviewing de novo, we affirm

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

    [***]     The Honorable Danny J. Boggs, United States Circuit Judge for the
U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

because River Glider has failed to present any evidence that the HOA expressly allocated the homeowners' partial payments to any specific portion of its lien, and thus has failed to establish a genuine dispute of material fact. *See Fed. Home Loan Mortg. Corp. v. SFR Invs. Pool 1, LLC*, 893 F.3d 1136, 1144 (9th Cir. 2018) (setting forth summary judgment standard).

**AFFIRMED.**